Wednesday, October 12, 1988

## MOTION DOCKET

**88-1338.** Knight v. Strickrath.

In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus and was considered in a manner prescribed by law.

IT IS ORDERED by the court, *sua sponte*, that respondents, Thomas Stickrath and the Ohio Adult Parole Authority, provide the following to this court: 1. The original order of parole for petitioner in February 1983 and all other records, documents, or correspondence pertaining thereto; 2. The date upon which the parole commenced, its length and its terms; 3. Any guidelines or documents which govern the procedures relating to the recommendations and grant of final release from parole as authorized by R.C. 2967.16 and Ohio Adm. Code 5120:1-1-13.

IT IS FURTHER ORDERED by the court effective October 5, 1988, that Thomas Stickrath and the Ohio Adult Parole Authority file the above information in this court by 5:00 p.m. on Wednesday, October 12, 1988.

**88-1594.** State. ex rel. GMS Management Co., Inc., v. Fellmeth.

In Mandamus, Procedendo and Prohibition.

This cause originated in this court on the filing of a complaint for a writ of mandamus, procedendo and prohibition and was considered in a manner prescribed by law. Upon request for a peremptory writ, IT IS ORDERED by the court that said request be, and the same is hereby, granted, effective September 27, 1988.

IT IS FURTHER ORDERED that respondent Judge Eugene M. Fellmeth shall forthwith proceed with the non-jury trial on the forcible entry and detainer complaints which were filed in Massillon Municipal Court case No. 88CVG1358.

## MISCELLANEOUS DISMISSALS

**88-816.** State, ex rel. A Juvenile, v. Hoose. *Lake County,* No. 12-196. *Sua sponte,* cause dismissed for want of prosecution, effective October 7, 1988.

**88-886.** Pollock v. State. Franklin County, No. 87AP-562. *Sua sponte,* cause dismissed for want of prosecution, effective October 7, 1988.

**88-956.** State v. Forman. *Summit County,* No. 13192. *Sua sponte,* cause dismissed for want of prosecution, effective October 7, 1988.

**88-1020.** Miami Paper Co. v. Roderer. Appeal from the Board of Tax Appeals, No. 85-B-813. *Sua sponte,* cause dismissed for want of prosecution, effective October 7, 1988.

**88-1058.** Marty v. Ohio Dept. of Rehabilitation & Correction. *Franklin County,* No. 88AP-195. *Sua sponte,* cause dismissed for want of prosecution, effective October 7, 1988.

**88-1061.** State v. Carter. *Franklin County,* No. 87AP-1027. *Sua sponte,* cause dismissed for want of prosecution, effective October 7, 1988.

**88-1070.** State v. Simpson. *Summit County,* No. 13387. *Sua sponte,* cause dismissed for want of prosecution, effective October 7, 1988.

**88-1136.** In re Penton. *Franklin County,* No. 88AP-554. *Sua sponte,* cause dismissed for want of prosecution, effective October 7, 1988.

**88-1233.** In re Shuja. *Hamilton County,* No. C-870487. *Sua sponte,* cause dismissed for want of prosecution, effective October 7, 1988.

**88-1266.** Toledo v. Doyle. *Lucas County,* No. L-87-183. *Sua sponte,* cause dismissed for want of prosecution, effective October 7, 1988.

**88-1355.** State v. Bandy. *Summit County,* No. 13431. *Sua sponte,* cause dismissed for want of prosecution, effective October 7, 1988.

**88-1361.** State v. Feison. *Allen County,* No. 1-87-25. *Sua sponte,* cause dismissed for want of prosecution, effective October 7, 1988.

**88-1424.** Oros v. Oros. *Lake County,* No. 12-131. *Sua sponte,* cause dismissed for want of prosecution, effective October 7, 1988.

**88-1527.** State, ex rel. Doe, v. Tracy. *Warren County,* Nos. CA88-03-021, CA88-03-022 and CA88-03-023. Cause dismissed, on application of counsel for appellant, effective October 4, 1988.